IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN ALLEN,<br><br>        Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 25-cv-04229<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff BRIAN ALLEN ("Allen" or "Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS ALLEN's Motion in part as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, ALLEN has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

ALLEN's federally registered copyrights (the "ALLEN Copyrights") to residents of Illinois. [In this case, ALLEN has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the ALLEN Copyrights. *See* Docket No. [X], which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the ALLEN Copyrights. A list of ALLEN Copyrights is included in the below chart.

| REGISTRATION NUMBER | REGISTERED COPYRIGHT TITLE | REGISTRATION DATE |
|---|---|---|
| VA 2-382-507 | Army Eagle Decal | November 27, 2023 |
| VA 2-365-373 | Eagle and US Flag Crest | July 28, 2023 |
| VA 2-365-377 | Eagle with US Flag wings spread | July 28, 2023 |
| VA 2-366-035 | Eagle and Guns | July 28, 2023 |
| VA 2-366-098 | Eagle Holding Flag | July 31, 2023 |
| VAu 1-368-582 | Eagle and Pistols and 8 Other Unpublished Works | May 24, 2019 |
| VA 2-105-725 | Eagle and Flag | April 12, 2018 |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because ALLEN has presented specific facts in the Declaration of Brian Allen in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. using the ALLEN Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ALLEN product or not authorized by ALLEN to be sold in connection with the ALLEN Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine ALLEN product or any other product produced by ALLEN, that is not ALLEN's or not produced under the authorization, control, or supervision of ALLEN and approved by ALLEN for sale under the ALLEN Copyrights;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of ALLEN, or are sponsored by, approved by, or otherwise connected with ALLEN; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for ALLEN, nor authorized by ALLEN to be sold or offered for sale, and which bear any of ALLEN's Copyrights, including the ALLEN Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. ALLEN is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Stripe, Inc., Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, Payoneer, Inc., LianLian Pay, Klarna Inc., WorldFirst or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the

4

expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

5. Upon ALLEN's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba.com, Amazon.com, Inc., eBay, Inc., Etsy.com, Redbubble.com, Shein.com, Temu.com, Walmart.com and Wish.com, (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to ALLEN expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial

institutions, including, without limitation, PayPal, Alipay, Wish.com. Alibaba, Ant Financial, Stripe, Amazon Pay, Payoneer, LianLian Pay, Klarna, WorldFirst, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6. Upon ALLEN's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 5, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the ALLEN Copyrights.

7. Any Third Party Providers, including PayPal, Alipay, Wish.com. Alibaba, Ant Financial, Stripe, Amazon Pay, Payoneer, LianLian Pay, Klarna, WorldFirst, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 1 to the Declaration of Brian Allen, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

8. ALLEN may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 1 to the Declaration of Brian Allen

and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "AE86-lld Store and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9. ALLEN must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

10. ALLEN's Pleading(s) [DOCKET NO.] and Exhibits [X]-[Y] thereto [DOCKET NO.], [DOCKET NO.], [DOCKET NO.], Schedule A to the Pleading(s) [DOCKET NO(s).], Exhibit [X] to the Declaration of [PERSON] [DOCKET NO.], and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

11. Within seven (7) calendar days of entry of this Order, ALLEN shall deposit with the Court ONE HUNDRED AND SEVENTY-NINE THOUSAND DOLLARS ($179,000), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

12. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

13. This Temporary Restraining Order without notice is entered at 5:00 P.M. on this 28th day of April 2025 and shall remain in effect for fourteen (14) calendar days.

_____
Honorable Jorge L. Alonso
United States District Judge

# Schedule A

| DOE No | Marketplace / Platform | Seller Name | Seller ID |
|---|---|---|---|
| 1 | AliExpress | AE86-lld Store | 4994270 |
| 2 | AliExpress | green stickers Store | 1100218623 |
| 3 | AliExpress | Haffe Factory Store | 1102180028 |
| 4 | AliExpress | Junxiu High-quality Car Sticker Store | 911001056 |
| 5 | AliExpress | LELE 2025 Store | 912025435 |
| 6 | AliExpress | Liwell Factory Store | 912187870 |
| 7 | AliExpress | Package satisfaction Store | 912180539 |
| 8 | AliExpress | PLstar Cosmos | 636073 |
| 9 | AliExpress | QS car products Store | 911195071 |
| 10 | AliExpress | Shop1103643023 Store | 1103643023 |
| 11 | AliExpress | Shop1103724739 Store | 1103724739 |
| 12 | AliExpress | Shop5788889 Store | 5788889 |
| 13 | AliExpress | Shop910924003 Store | 910924003 |
| 14 | Amazon | Autumncoldwind | A2TIWZP3MUNDOF |
| 15 | Amazon | AVIClothes | A19VS1DMUBH1I4 |
| 16 | Amazon | Best Lazat | A3ER9Y72QE655L |
| 17 | Amazon | BoaisH | A3TE5TPN1SAFYV |
| 18 | Amazon | Boutique De La Ville (Town Shop) | A2IUETJ2IVYWXJ |
| 19 | Amazon | Covenant of Nauru | A2DWYAKMT1FXOV |
| 20 | Amazon | Gaobanner | A2PRASTI7M42N1 |
| 21 | Amazon | IZUS & Co. | A2QGVQBE0Y8CNY |
| 22 | Amazon | Jiyuegongmao | A7EUO8L2ZH03Y |
| 23 | Amazon | Joeyu Technology | A37J2YI6U3JHUL |
| 24 | Amazon | K Bradley | ATVPDKIKX0DER |
| 25 | Amazon | KedAikj | A31WVONC4RQWBE |
| 26 | Amazon | LAOLIUSN-ARORALS | AFTX6644LD513 |
| 27 | Amazon | Lihua85 Shop | A2EE296WJNI4VM |
| 28 | Amazon | Liter Tacti | A32GJI6JNCH0JV |
| 29 | Amazon | Liutent | AJJQZ66LLIFQZ |
| 30 | Amazon | luochengshiping | A2PO0LNUTB2F88 |
| 31 | Amazon | nanguoyiren. | A2ADI27MKANWRG |
| 32 | Amazon | Patchesdecor | ASGNPY39WO4Z6 |
| 33 | Amazon | Proudvet365 | A2WUEQIVXL6VD6 |
| 34 | Amazon | RIAWARME Hat store | A10N1BL27UUFGM |
| 35 | Amazon | Shedo Technology | A12FF6AIVAXNRA |
| 36 | Amazon | Shixiaobanners | A18LX5DE8G5RNW |
| 37 | Amazon | Tegik Designs | A1POJZ8TO4P4GA |
| 38 | Amazon | We_Sell_Quality | A1QLYPDUPPXOCU |

| 39 | Amazon | winlejoice | ALDI8J6VTQE8Q |
|---|---|---|---|
| 40 | Amazon | Winluck Car Parts | A14FXQCUHVGP7W |
| 41 | Amazon | winorax | A35B4RY9YALKVC |
| 42 | Amazon | WOCOKA | A2QEB8UCPO419R |
| 43 | Amazon | Wy&Flags | A27DIDF8UAMK13 |
| 44 | Amazon | xlh20221 | A1Y63VD4T55MIC |
| 45 | Amazon | Yonwait-Auto-US | A1O5CBLE8GNQ9H |
| 46 | eBay | akirastore | akirastore |
| 47 | eBay | amalgama | amalgama |
| 48 | eBay | amoyal1995 | amoyal1995 |
| 49 | eBay | andremaciel2021 | andremaciel2021 |
| 50 | eBay | avihayg9 | avihayg9 |
| 51 | eBay | Ayla's House | Ayla's House |
| 52 | eBay | Bestoresam | Bestoresam |
| 53 | eBay | ediedward | Allwrappeduptumblers |
| 54 | eBay | fagio05fabio | fagio05fabio |
| 55 | eBay | galactic-warehouse | galactic-warehouse |
| 56 | eBay | jurandirb-0 | AJH shop |
| 57 | eBay | Kumitaxoa_Shanks | AliShirts |
| 58 | eBay | luicornej_45 | luicornej_45 |
| 59 | eBay | mysteriousshop | mysteriousshop |
| 60 | eBay | Nusantara-Tee | Nusantara-Tee |
| 61 | eBay | qkiy6480 | qkiy6480 |
| 62 | eBay | Ral_Mall | Ral_Mall |
| 63 | eBay | refaelte10 | refaelte10 |
| 64 | eBay | Susantees | Susantees |
| 65 | eBay | TrendinggStore | TrendinggStore |
| 66 | eBay | verdf_37 | verdf_37 |
| 67 | Etsy | Allwrappeduptumblers | Allwrappeduptumblers |
| 68 | Etsy | Harrisdigital | Harrisdigital |
| 69 | Etsy | lehaoDigital | lehaoDigital |
| 70 | Etsy | NobletyLeather | NobletyLeather |
| 71 | Redbubble | artdragongift | artdragongift |
| 72 | Redbubble | ayyoubdz | ayyoubdz |
| 73 | Redbubble | BLDAIRSH | bldairsh |
| 74 | Redbubble | dyasse | dyasse |
| 75 | Redbubble | Earths-finest | earths-finest |
| 76 | Redbubble | earthtoaura | earthtoaura |
| 77 | Redbubble | Jesse Barnes | jbandfkllc |
| 78 | Redbubble | JiiGee | jiigee |
| 79 | Redbubble | kennyman | kennyman |
| 80 | Redbubble | Medl3widi89 | medl3widi89 |
| 81 | Redbubble | NEWMAN100 | newman100 |
| 82 | Redbubble | PrintedGifts | printedgifts |

| 83 | Redbubble | urielzxvdicks | urielzxvdicks |
|---|---|---|---|
| 83 | Redbubble | urielzxvdicks | urielzxvdicks |
| 84 | Redbubble | uyioghosa | uyioghosa |
| 85 | Redbubble | WorldArtplus | worldartplus |
| 86 | Redbubble | YMStore | ymstore |
| 87 | Redbubble | ZEDFunShopping | zedfunshopping |
| 88 | Shein | CRHUML | 5316685490 |
| 89 | Shein | HMGJPNNO | 7523497991 |
| 90 | Shein | HMGJVVV | 3666228881 |
| 91 | Shein | Locor | 1384612479 |
| 92 | Shein | SCYX Womens Shirts | 4367711214 |
| 93 | Shein | SHCMY | 9188427672 |
| 94 | Temu | aluminum sign GB | 634418212509556 |
| 95 | Temu | art living house | 634418213264132 |
| 96 | Temu | Brand Clothing | 126013341583 |
| 97 | Temu | BreezeLine | 634418218886659 |
| 98 | Temu | CDD Outdoor | 634418214735592 |
| 99 | Temu | Colorful Flames | 5533846320048 |
| 100 | Temu | CoolManLocal | 634418218056921 |
| 101 | Temu | Customized Hat Shop | 634418213365212 |
| 102 | Temu | DailHub | 634418217658341 |
| 103 | Temu | Den Dapper | 634418219605775 |
| 104 | Temu | Dicken Mens Wear | 634418214492071 |
| 105 | Temu | EACAA | 601099642994338 |
| 106 | Temu | HappySunday | 2674075507662 |
| 107 | Temu | HeQingc | 634418218399003 |
| 108 | Temu | HL Art | 634418217743689 |
| 109 | Temu | leisurely space breeze | 634418216976638 |
| 110 | Temu | Lihai Trade Local | 634418216776636 |
| 111 | Temu | Liuzihao | 634418218074896 |
| 112 | Temu | LYF Clothing | 634418218446895 |
| 113 | Temu | MTshirt Clothing | 634418214844718 |
| 114 | Temu | Ozmiall | 634418217651281 |
| 115 | Temu | potato chip | 634418215316600 |
| 116 | Temu | PrintingDreamG | 634418220341343 |
| 117 | Temu | QiChen Ornament | 5217022827328 |
| 118 | Temu | SMENGDE | 4218430618964 |
| 119 | Temu | StrongPower | 634418219279851 |
| 120 | Temu | tobrich | 634418210685971 |
| 121 | Temu | vacation concep | 5265485929057 |
| 122 | Temu | Valiant | 4477456460969 |
| 123 | Temu | WFXXSF | 634418213243506 |
| 124 | Temu | Xinyan Clothing Co Ltd | 634418219819856 |

| 125 | Temu | YszJFone | 634418217974300 |
|---|---|---|---|
| 126 | Temu | Zaiyea | 634418217498657 |
| 127 | Temu | ZIGUANG | 634418212942492 |
| 128 | Temu | Zixin Ink | 634418211124876 |
| 129 | Walmart | 2But Flag Shop | 101272524 |
| 130 | Walmart | Bafang Xinhe | 102510191 |
| 131 | Walmart | Diling | 101646807 |
| 132 | Walmart | EVEXPLO | 101250087 |
| 133 | Walmart | jiuchengwenhua | 101536354 |
| 134 | Walmart | LICEWO Co., Ltd. | 101612717 |
| 135 | Walmart | lingchuanchuanhuo | 101695220 |
| 136 | Walmart | Malieasy | 101661195 |
| 137 | Walmart | shenzhenshimanyaokejiyouxiangongsi | 101260945 |
| 138 | Walmart | sivlana | 101642676 |
| 139 | Walmart | twklestars | 101218859 |
| 140 | Walmart | xiaoqintonghaoshuai | 101645687 |
| 141 | Walmart | Yerwa Brand store | 101645701 |
| 142 | Wish | Jessy House | 5f570acce4a5b5bb35c6c764 |
| 143 | Wish | lingduanqin90850 | 5d5e3f81b2056a2df908f36b |
| 144 | Wish | Superclone_India | 6646e4f905e83bdb21e59e95 |
| 145 | Other | alejandraballesteros | https://monsterry.com/ca/store/alejandraballesteros |
| 146 | Other | All Print AZ | https://allprintazz.com/ |
| 147 | Other | beckymetal | https://beckymetal.com/ |
| 148 | Other | Benjamin Designs | https://www.spreadshirt.com/ |
| 149 | Other | biafreeov.best | https://biafreeov.best/ |
| 150 | Other | Chic Botique | https://cosve.cfd/ |
| 151 | Other | Design by Crocodile | https://designbycrocodile.com/ |
| 152 | Other | Diamond Painting Kits | https://diamondpaintingkits.nl/ |
| 153 | Other | Excoolent | https://excoolent.com/ |
| 154 | Other | familyloves | https://familyloves.com/ |
| 155 | Other | Figured Art | https://uk.figuredart.com/ |
| 156 | Other | Fire Royal | https://fireroyal.com/ |
| 157 | Other | Gearhumans | https://gearhumans.com/ |
| 158 | Other | Go Duckee | https://goduckee.com/ |
| 159 | Other | Godoprint | https://godoprint.com/ |
| 160 | Other | Happy Shoping | https://online.satukyabe.top/ |
| 161 | Other | Hardaddy | https://hardaddy.com/ |
| 162 | Other | laveniceov.click | https://laveniceov.click/ |
| 163 | Other | Ligh In The Box | https://www.lightinthebox.com/ |
| 164 | Other | lploverar.best | https://lploverar.best/ |
| 165 | Other | luisg1298 | https://www.spreadshirt.com/shop/user/luisg1298/ |
| 166 | Other | Maxcorners | https://maxcorners.com/ |
| 167 | Other | NiceDawgsm | https://nicedawgsm.click/ |

| 168 | Other | pablovevs.click | https://pablovevs.click/ |
| 169 | Other | Pixels | https://pixels.com/ |
| 170 | Other | Racing Fans Wear | https://racingfanswear.com/ |
| 171 | Other | Romatee | https://romatee.com/ |
| 172 | Other | Shop and Fun | https://dcemon.cfd/ |
| 173 | Other | Sixliu Store | https://beattached.falsecapital.shop/ |
| 174 | Other | sklepmotonet_pl | https://allegro.pl/ |
| 175 | Other | sqvfshop | https://m.sqvfshop.sbs/ |
| 176 | Other | Super Predateur Shop | https://www.superpredateur-shop.com/ |
| 177 | Other | USA Legende | https://www.usa-legende.com/ |
| 178 | Other | TEENAVI | https://teenavi.com/ |
| 179 | Other | goodbzar.click | https://goodbzar.click/ |