# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| Free Bird | |
| | Plaintiff, |
| v. | Case No.: 1:25−cv−04229 |
| | Honorable Jorge L. Alonso |
| The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A | |
| | Defendant. |

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2025:

MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Motion to extend the temporary restraining order [31] is granted. The temporary restraining order is extended for 14 days to 5/26/25. Motion hearing date of 5/8/25 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.