UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:25-cv-04229

FREE BIRD,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NO. 24, 140 and 163

Plaintiff Brian Michael Allen, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action **with prejudice** as against the following defendants:

a. K Bradley (Defendant No. 24 on Schedule "A");

b. xiaoqintonghaoshuai (Defendant No. 140 on Schedule "A");

c. Ligh In The Box (Defendant No. 163 on Schedule "A").

Dated: May 30, 2025

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com
LAYLA NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

Suite 100
Boca Raton, FL 33433
561.826.6924 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Free Bird*