# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NO.: 1:25-cv-04229

BRIAN MICHAEL ALLEN,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SATISFACTION OF JUDGMENT

Plaintiff BRIAN MICHAEL ALLEN, by and through his undersigned counsel, hereby acknowledges that the Judgment entered in this case on July 23, 2025 (ECF 93) against Defendants refaelte10 (Defendant No. 63 on Schedule "A") and Lihai Trade Local (Defendant No. 110 on Schedule "A"), has been satisfied.

Dated: July 25, 2025

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com
LAYLA NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.826.6924 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Brian Michael Allen*