UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:25-cv-04229

BRIAN MICHAEL ALLEN,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## PLAINTIFF BRIAN MICHAEL ALLEN'S MOTION FOR RELEASE OF BOND

This matter comes before the Court on the unopposed motion of Plaintiff Brian Michael Allen, ("Allen") to discharge and release the $179,000 bond in the above-captioned matter. In support of this motion, Brian Michael Allen states as follows:

1. On April 28, 2025, this Court entered a temporary restraining order in this matter in favor of Brian Michael Allen, and required Allen to post a bond for One Hundred Seventy-Nine Thousand Dollas ($179,000). (ECF No. 26, ¶ 11).

2. On May 1, 2025, Allen posted the $179,000 bond with the Court. (ECF No. 30).

3. On July 16, 2025, Plaintiff filed a Motion for Entry of Default and Final Judgment (ECF No. 86).

4. On July 24, 2025, this Court entered Final Default Judgment which included the $179,000 bond posted by Allen to stay retained by the Court during the pendency of this

litigation. (ECF No. 52, ¶ 10). The case remained open as to one active defendant Winorax (Defendant No. 41 on Schedule "A"). (ECF No. 92).

5. On August 7, 2025, Plaintiff and Counsel for Winorax filed a stipulation of dismissal with prejudice. (ECF No. 98).

6. There are no more active Defendants in this instant action, and therefore, this case should be administratively closed.

7. It is appropriate for this Court to Order releasing of the bond.

WHEREFORE, Plaintiff BRIAN MICHAEL ALLEN respectfully requests that this Court enter an Order releasing the bond filed with the Clerk of the District Court.

Dated: August 7, 2025                    Respectfully submitted,

/s/ Joel B, Rothman
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com
LAYLA NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.826.6924 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Brian Michael Allen*