UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:25-cv-04229

BRIAN MICHAEL ALLEN,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, August 12, 2025 at 9:30 a.m., Plaintiff by and through its undersigned counsel, shall appear before the Honorable Judge Jorge L. Alonso by telephone conference, and then and there present Plaintiff's Motion for Release of Bond (ECF No. 100).

Dated: August 7, 2025

Respectfully submitted,

*/s/ Layla Nguyen*
LAYLA NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Brian Michael Allen*

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK