# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**CASE NO.: 1:25-cv-04229**

BRIAN MICHAEL ALLEN,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

       Defendants.

## ORDER OF RELEASE OF BOND

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Release of Bond, ECF No. 100, filed on August 7, 2025. The Court hereby releases the bond in this instant action.

**DONE AND ORDERED** in Chambers at Chicago, Illinois, this 8th day of August, 2025.

_____
HONORABLE JORGE L. ALONSO
UNITED STATES DISTRICT JUDGE